IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01244-BNB

GRETCHEN SHOCKLEY,

    Plaintiff,

v.

U.S. NATIONAL ASSOCIATION AS TRUSTEE C/O HOMECOMINGS FINANCIAL NETWORK/GMAC,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 27 2007

GREGORY C. LANGHAM
                    CLERK

## ORDER

Plaintiff Gretchen Shockley has filed *pro se* on June 14, 2007, a "Motion to Issue Preliminary Injunction." The court must construe the motion liberally because Ms. Shockley is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, the motion will be denied.

A party seeking a preliminary injunction must show a substantial likelihood of prevailing on the merits, that he will suffer irreparable injury unless the injunction issues, that the threatened injury outweighs whatever damage the proposed injunction may cause the opposing party, and that the injunction, if issued, would not be adverse to the public interest. **See Lundgrin v. Claytor**, 619 F.2d 61, 63 (10th Cir. 1980). Ms. Shockley fails to demonstrate any of the requirements for obtaining preliminary injunctive relief. It appears that she has filed the instant action because she is not

satisfied with certain rulings of the trial court in a state court foreclosure action. She alleges that she has filed an appeal in the state court action to the Colorado Court of Appeals. Magistrate Judge Boyd N. Boland has entered an order in this action directing Ms. Shockley to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. At this point in time, it is not clear why Ms. Shockley has chosen to initiate this action in this Court. Therefore, the motion for a preliminary injunction will be denied. Accordingly, it is

ORDERED that the "Motion to Issue Preliminary Injunction" filed on June 14, 2007, is denied.

DATED at Denver, Colorado, this 26 day of July, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01244-BNB

Gretchen Shockley
10992 W. 30th Pl.
Lakewood, CO 80215

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/27/07

GREGORY C. LANGHAM, CLERK

By: _____Angie_____
Deputy Clerk