IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01244-BNB

GRETCHEN SHOCKLEY,

    Plaintiff,

v.

U.S. NATIONAL ASSOCIATION AS TRUSTEE C/O HOMECOMINGS FINANCIAL NETWORK/GMAC,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Stay Execution Overturn Writ of Restitution & Special Request for Court Appointment of Legal Counsel" filed on August 7, 2007, is DENIED. Plaintiff's "Motion to Obtain a Continuance and Extension of Date to File Amended Complaint" filed on August 17, 2007, is GRANTED as follows: Plaintiff shall **thirty (30) days from the date of this minute order** to file an amended complaint as directed.

Dated: August 22, 2007

---

Copies of this Minute Order mailed on August 22, 2007, to the following:

Gretchen Shockley
10992 W. 30th Pl
Lakewood, CO 80215

Secretary/Deputy Clerk